English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

graymattergr.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

> The client was unable to process information from the Registrar RDAP server. The information below is shown as provided by the TLD Registry RDAP service.

## Domain Information

**Name:** GRAYMATTERGR.COM

**Registry Domain ID:** 2214600594_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS1017.UI-DNS.COM
NS1026.UI-DNS.DE
NS1058.UI-DNS.BIZ
NS1075.UI-DNS.ORG

## Dates

**Registry Expiration:** 2024-01-18 11:30:29 UTC

**Updated:** 2023-07-19 19:27:38 UTC

**Created:** 2018-01-18 11:30:29 UTC

## Registrar Information

**Name:** IONOS SE

**IANA ID:** 83

**Abuse contact email:** abuse@ionos.com

**Abuse contact phone:** tel:+1.6105601459

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/graymattergr.com (https://rdap.verisign.com/com/v1/domain/graymattergr.com)

**Last updated from Registry RDAP DB:** 2023-07-24 09:08:16 UTC

**Registrar Server URL:** https://rdap.ionos.com/domain/GRAYMATTERGR.COM (https://rdap.ionos.com/domain/GRAYMATTERGR.COM)

## Notices and Remarks

## Notices:

### Terms of Use

Service subject to Terms of Use.

https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml (https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml)

### Status Codes

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

### RDDS Inaccuracy Complaint Form

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)



Youtube (https://www.youtube.com/icannnews)     Twitter (https://www.twitter.com/icann)     Linkedin (https://www.linkedin.com/company/icann)     Flickr (https://www.flickr.com/photos/icann)

Facebook (https://www.facebook.com/icannorg)     Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)     Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**     **CONTACT US**     **ACCOUNTABILITY AND TRANSPARENCY**     **GOVERNANCE**     **HELP**     **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.     Privacy Policy (https://www.icann.org/privacy/policy)     Terms of Service (https://www.icann.org/privacy/tos)     Cookies Policy (https://www.icann.org/privacy/cookies)