

Investment Office <a@graymattergr.com>

## You have authorized a payment to 1&1 IONOS Inc.
1 message

**service@paypal.com** <service@paypal.com>  Wed, Oct 31, 2018 at 9:54 PM
To: anthony davian <a@graymattergr.com>



Oct 31, 2018 18:54:34 PDT
Transaction ID: 0U94626815386711E

**Hello anthony davian,**

**You authorized a transaction to 1&1 IONOS Inc. Money won't leave your account until 1&1 IONOS Inc. processes your order.**

Thanks for using PayPal. To see the full transaction details, log in to your PayPal account. Keep in mind, it may take a few moments for this transaction to appear.

| **Merchant** | **Instructions to merchant** |
|---|---|
| 1&1 IONOS Inc. | You haven't entered any instructions. |
| billing@1and1.com | |



| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Your purchase at 1&1 | $40.00 USD | 1 | $40.00 USD |

| | | |
|---|---|---|
| | **Subtotal** | $40.00 USD |
| | **Total** | $40.00 USD |
| | **Payment** | $40.00 USD |

Payment sent from a@graymattergr.com

The final payment amount may change when the merchant completes the order.

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161. You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2018 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:91121571204c8