

Investment Office <a@graymattergr.com>

## Receipt for Your Payment to 1&1 IONOS Inc.

1 message

**service@paypal.com** <service@paypal.com>               Sun, Apr 24, 2022 at 9:16 PM
To: Anthony Davian <a@graymattergr.com>

Hello, Gray Matter Group



# You sent a payment of $25.17 USD to 1&1 IONOS Inc. (paypal@1and1.com)

It may take a few moments for this transaction to appear in your account.

**Transaction ID**                          **Transaction date**
32G468729P9562352                           Apr 24, 2022 18:15:44 PDT

**Merchant**                                **Instructions to merchant**
1&1 IONOS Inc.                              You haven't entered any instructions.

paypal@1and1.com

**Invoice ID**
K560432607/005057964176

| Description | Unit price | Qty | Amount |
| --- | --- | --- | --- |

| K560432607/005057964176 | $25.17 USD | 1 | $25.17 USD |
|---|---|---|---|

| | | |
|---|---|---|
| **Subtotal** | | $25.17 USD |
| **Total** | | $25.17 USD |
| **Payment** | | $25.17 USD |

Payment sent to paypal@1and1.com
Payment sent from a@graymattergr.com

**Funding Sources Used (Total)**

HUNTINGTON BANK x-8036                    $25.17 USD

## Issues with this transaction?

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.



Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000016:en_US(en-US):1.2.0:a3d5159e05764

**a@graymattergr.com**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Tuesday, January 24, 2023 7:47 PM |
| **To:** | Anthony Davian |
| **Subject:** | Receipt for Your Payment to 1&1 IONOS Inc. |

Hello, Gray Matter Group



# You sent a payment of $60.00 USD to 1&1 IONOS Inc. (paypal@1and1.com)

**View or Manage Payment**

It may take a few moments for this transaction to appear in your account.

| **Transaction ID** | **Transaction date** |
|---|---|
| 9WN2098111316850L | Jan 24, 2023 19:47:02 PST |

| **Merchant** | **Instructions to merchant** |
|---|---|
| 1&1 IONOS Inc. | You haven't entered any instructions. |
| paypal@1and1.com | |

**Invoice ID**

K560432607/005189150457

| Description | Unit price | Qty | Amount |
|---|---|---|---|

1

| K560432607/005189150457 | $60.00 USD | 1 | $60.00 USD |
| --- | --- | --- | --- |

| | **Subtotal** | $60.00 USD |
| --- | --- | --- |
| | **Total** | $60.00 USD |
| | **Payment** | $60.00 USD |

Payment sent to paypal@1and1.com

Payment sent from a@graymattergr.com

**Funding Sources Used (Total)**

| HUNTINGTON BANK x-8036 | $60.00 USD |
| --- | --- |

### View or Manage Payment

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.



   

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2023 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000016:en_US(en-US):1.5.0:3a708ee1e21ec