# Gray Matter Holdings Inc.

## Type: All transactions · Status: All statuses · Name: 1&1 IONOS Inc · Date: All dates

| undefined | Date | Type | Payee | Category | Memo | Total | Action |
|---|---|---|---|---|---|---|---|
| ☐ | 09/29/2022 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005497298051 Transaction ID: 58W14644V36420918<br>https://www.paypal.com/activity/payment/58W14644V36420918 | $15.17 | View/Edit |
| ☐ | 04/25/2022 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005057964176 Transaction ID: 32G468729P9562352<br>https://www.paypal.com/activity/payment/32G468729P9562352 | $25.17 | View/Edit |
| ☐ | 01/24/2022 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005176715313 Transaction ID: 0C15494928969310U<br>https://www.paypal.com/activity/payment/0C15494928969310U | $60.00 | View/Edit |
| ☐ | 12/10/2021 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005455927455 Transaction ID: 8N319783VA8085538<br>https://www.paypal.com/activity/payment/8N319783VA8085538 | $101.15 | View/Edit |
| ☐ | 09/29/2021 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005175904687 Transaction ID: 6DE32142RX159340B<br>https://www.paypal.com/activity/payment/6DE32142RX159340B | $15.17 | View/Edit |
| ☐ | 04/25/2021 | Expense | 1&1 IONOS Inc | Website | Subject: K560432607/005015562732 Transaction ID: 3UV40176H3900173D<br>https://www.paypal.com/activity/payment/3UV40176H3900173D | $25.17 | View/Edit |
| ☐ | 01/20/2021 | Expense | 1&1 IONOS Inc | Website | Transaction ID: 2J723459XX336450Y<br>https://www.paypal.com/activity/payment/2J723459XX336450Y | $40.00 | View/Edit |