gray matter holdings                    contact us                    blog



## Portfolio Companies

To view this content, clic



Reputation
Restoration



gray cube



gray matter holdings                                    contact us                          blog

## TELL US

## CONTACT US

## VISIT US

Name *            Email *

Company *

Message *

Corporate Headquarters:

Tel. 312.995.7137

333 S. Wabash Ave.

Suite 2700

Chicago, IL 60604

appointment only.

*Send*

To view this content, clic

gray matter holdings

contact us

blog



© 2020 Gray Matter Group. All rights reserved.

To view this content, clic