gray data io

about us   hashpower   blockchains   contact us   blog



gray data io

proof of work / proof of stake mining

To view this content, click reload.

about us

gray data io

about us    hashpower    blockchains    contact us    blog

math problems via blockchain technology. A proper blockchain project is a decentralized network that can be used by anyone and is capable of running applications with no possibility of downtime, censorship or fraud. We only support truly decentralized blockchain projects.

## our hash power

- 33,000 M/hs Ethereum
- 430 g/s Cuckatoo 31
- 147 g/s C
- 110 Gh/s RandomX
- 2000 Th/s SHA-256

To view this content, click reload.



# projects we support



To view this content, click reload.

# get in touch

# gray data io

about us    hashpower    blockchains    contact us    blog

Type your message here...

Submit

To view this content, click [reload.](#)

To view this content, click [reload.](#)

gray data io

about us   hashpower   blockchains   contact us   blog

©2020 by gray block io | All rights reserved

To view this content, click reload.