English

# ICANN|LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

gograymatter.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** GOGRAYMATTER.COM

**Registry Domain ID:** 2762783231_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS63.DOMAINCONTROL.COM
NS64.DOMAINCONTROL.COM

## Dates

**Registry Expiration:** 2028-03-05 00:50:29 UTC

**Updated:** 2023-06-07 11:51:38 UTC

**Created:** 2023-03-05 00:50:29 UTC

# Contact Information

### Registrant:

**Handle:** 1

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com (https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com)

### Administrative:

**Handle:** 2

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com (https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com)

## Technical:

**Handle:** 3

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com (https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com)

## Billing:

**Handle:** 4

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com (https://www.godaddy.com/whois/results.aspx?domain=gograymatter.com)

# Registrar Information

**Name:** GoDaddy.com, LLC

**IANA ID:** 146

**Abuse contact phone:** tel:480-624-2505

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/gograymatter.com (https://rdap.verisign.com/com/v1/domain/gograymatter.com)

Last updated from Registry RDAP DB: 2023-07-24 09:10:16 UTC

**Registrar Server URL:** https://rdap.godaddy.com/v1/domain/GOGRAYMATTER.COM (https://rdap.godaddy.com/v1/domain/GOGRAYMATTER.COM)

**Last updated from Registrar RDAP DB:** 2023-07-24 09:10:36 UTC

# Notices and Remarks

## Notices:

**Status Codes**

For more information on Whois status codes, please visit https://www.icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)

**Terms of Use**

By submitting an inquiry, you agree to these Universal Terms of Service and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes, or use this data in any way that violates applicable laws and regulations.

https://www.godaddy.com/agreements/showdoc?pageid=5403 (https://www.godaddy.com/agreements/showdoc?pageid=5403)



Youtube (https://www.youtube.com/icannnews) | Twitter (https://www.twitter.com/icann) | Linkedin (https://www.linkedin.com/company/icann) | Flickr (https://www.flickr.com/photos/icann)

Facebook (https://www.facebook.com/icannorg) | Newletters (https://www.icann.org/resources/pages/global-newsletter-2018) | Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**   **CONTACT US**   **ACCOUNTABILITY AND TRANSPARENCY**   **GOVERNANCE**   **HELP**   **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)   Terms of Service (https://www.icann.org/privacy/tos)   Cookies Policy (https://www.icann.org/privacy/cookies)