**VERIFICATION**

I, David Handel, verify under penalty of perjury under the laws of the United States of America that the factual allegations contained in the foregoing Verified Complaint of Gray Matter Holdings, Inc. and Gray Data, Inc. are true and correct. 28 U.S.C. § 1746.

Date: July 26 2023

_____
David Handel