UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRAY DATA INC., f/k/a GRAY MATTER GROUP, INC., a Wyoming Corporation and GRAY MATTER HOLDINGS, INC., a Wyoming Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY DAVIAN and MATTHEW KLUGER, <br><br> Defendants. | Civil Action No. 1:23-cv-01470-CEF <br><br> Judge Charles E. Fleming |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Gray Matter Holdings, Inc. ("Gray Matter Holdings") and its subsidiary Gray Data Inc. f/k/a Gray Matter Group, Inc. ("Gray Data") (collectively, "Plaintiffs"), by and through counsel, voluntarily dismiss this action without prejudice.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: September 19, 2023